| | |
|---|---|
| CENTER FOR DISABILITY ACCESS<br>Ray Ballister, Jr., Esq., SBN 111282<br>Amanda Seabock, Esq., SBN 289900<br>Dennis Price, Esq., SBN 279082<br>100 Pine St., Ste. 1250<br>San Francisco CA 94111<br>(858) 375-7385<br>(888) 422-5191 fax<br>amandas@potterhandy.com<br>Attorneys for Plaintiff | RYAN D. FISCHBACH (SBN: 204406)<br>rfischbach@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025-0509<br>Telephone: 310.820.8800<br>Facsimile: 310.820.8859<br>Attorneys for Defendant<br>Simon Property Group, Inc. |

SHANE SINGH (SBN: 202733)
shane.Singh@lewisbrisbois.com
GRACE E. MEHTA (SBN: 327676)
grace.Mehta@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444
Attorneys for Defendant La Baguette LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>  Plaintiff,<br><br>  v.<br><br>LA BAGUETTE LLC, a California Limited Liability Company; SIMON PROPERTY GROUP, Inc., a Delaware Corporation; and Does 1-10,<br><br>  Defendant. | Case: 5:21-CV-03262-EJD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: May 12, 2022         CENTER FOR DISABILITY ACCESS

                                       By:   /s/Amanda Seabock
                                             Amanda Seabock
                                             Attorneys for Plaintiff

Dated: May 12, 2022         LEWIS BRISBOIS BISGAARD & SMITH LLP

                                       By:   /s/Shane Singh
                                             Shane Singh
                                             Attorneys for Defendant
                                             La Baguette LLC

Dated: May 12, 2022         BAKER & HOSTETLER LLP

                                       By:   /s/Ryan D. Fischbach
                                             Ryan D. Fischbach
                                             Attorneys for Defendant
                                             Simon Property Group, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Shane Singh, counsel for La Baguette LLC, and Ryan D. Fischbach, counsel for Simon Property Group, Inc., and that I have obtained authorization to affix their electronic signatures to this document.

Dated: May 12, 2022              CENTER FOR DISABILITY ACCESS

                                By:   /s/Amanda Seabock
                                    Amanda Seabock
                                    Attorneys for Plaintiff